HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Santiago Lomeli-Cortez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | Case No.  1:13-cr-358 LJO |
|                                         ) | |
| Plaintiff,     ) | STIPULATION AND ORDER TO ADVANCE |
|                                         ) | STATUS CONFERENCE |
| vs.                                     ) | |
|                                         ) | DATE:   October 7, 2013 |
| SANTIAGO LOMELI-CORTEZ                  ) | TIME:    8:30 a.m. |
|                                         ) | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant.    ) | |
|                                         ) | |
|                                         ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for November 4, 2013, may be advanced to October 7, 2013 at 8:30 a.m.

   This advancement of the court date is at the request of the defense as the parties have reached a resolution in this case and Mr. Lomeli-Cortez wishes to enter his plea and be sentenced at the earliest available date.  The Government is in agreement with the advancement.

///

///

///

///

///

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 1, 2013 | By: | /s/ Ian Whitney<br>IAN WHITNEY<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 1, 2013 | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>SANTIAGO LOMELI-CORTEZ |

**O R D E R**

IT IS SO ORDERED.

   Dated:   **October 2, 2013**           **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE